UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGPING CAO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No. 22-cv-04688-RFL<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. Nos. 52, 59, 60 |

    Pursuant to the Court's orders (Dkt. Nos. 52, 59, and 60), judgment is entered in favor of Defendants, and against Plaintiffs.

Dated: July 24, 2024

                                              Mark B. Busby<br>
                                              Clerk, United States District Court

By: _____

                                              Melinda K. Lock, Deputy Clerk to<br>
                                              the Honorable Rita F. Lin